BEFORE THE SECOND DIVISION, JANUARY 21, 1963

**No. 67354.**—Department Brush Works Co. et al. *v.* United States, protests 280698–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

**No. 67355.**—Kaiser Reismann Corp. *v.* United States, protests 59/759(A) and 59/1121 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise is composed of noncellulosic synthetic material the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727) and *J. M. P. R. Trading Corp. et al.* v. *United States* (43 CCPA 1, C.A.D. 600), the claim of the plaintiff was sustained.

**No. 67356.**—Inter-Maritime Forwarding Co., Inc., and Rom-Par-Lon, Ltd. *v.* United States, protests 295668–K and 252459–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.